# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Ian Linnabary**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**

at ☐ Home
☒ Business **69 W. Washington, Chicago, IL**
☒ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Marni Malowitz, Authorized to accept**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address ☐ Evading ☐ Other: _____
- ☐ Address does not exist ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) DATE TIME , ( ) DATE TIME , ( ) DATE TIME
( ) DATE TIME , ( ) DATE TIME , ( ) DATE TIME

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☒ 5'-5'3" | ☒ 100-130 Lbs. |
| | ☐ Brown Skin | ☒ Blond Hair | | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 5th day of August, 2022

_[signature]_
Notary Public

**OFFICIAL SEAL**
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY _[signature]_
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **William M. McGuffage**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage
☑ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**

at ☐ Home
☑ Business **69 W. Washington, Chicago, IL**
☑ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Marni Malowitz, Authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) _____ DATE TIME ,( ) _____ DATE TIME ,( ) _____ DATE TIME
( ) _____ DATE TIME ,( ) _____ DATE TIME ,( ) _____ DATE TIME

**Description:**
☐ Male ☑ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☑ Female ☐ Black Skin ☑ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☑ 5'-5'3" ☑ 100-130 Lbs.
☐ Brown Skin ☑ Blond Hair ☑ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 5th day of August, 2022

_[signature]_
Notary Public

**OFFICIAL SEAL**
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Catherine McCrory**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $_____ witness fee and mileage
☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**

at ☐ Home
☒ Business **69 W. Washington, Chicago, IL**
☒ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Marni Malowitz, Authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME

**Description:**
- ☐ Male ☒ Female
- ☐ Glasses
- ☒ White Skin ☐ Black Skin ☐ Brown Skin ☐ Yellow Skin ☐ Red Skin
- ☐ Black Hair ☒ Brown Hair ☒ Blond Hair ☐ Gray Hair ☐ Red Hair
- ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard
- ☐ 14-20 Yrs. ☐ 21-35 Yrs. ☒ 36-50 Yrs. ☒ 51-65 Yrs. ☐ Over 65 Yrs.
- ☐ Under 5' ☒ 5'-5'3" ☐ 5'4"-5'8" ☐ 5'9"-6' ☐ Over 6'
- ☐ Under 100 Lbs. ☒ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public this 5th day of August, 2022

Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Casandra Watson**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage
☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**
at ☐ Home
☒ Business **69 W. Washington, Chicago, IL**
☒ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Marni Malowitz, Authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other:
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME
( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'-5'3" ☒ 100-130 Lbs.
☐ Brown Skin ☒ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 5th day of August, 2022

_Notary Public_

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Rick S. Terver, Sr.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☑ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**

at ☐ Home
☑ Business **69 W. Washington, Chicago, IL**
☑ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Marni Malowitz, Authorized to accept**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address  ☐ Evading  ☐ Other: _____
- ☐ Address does not exist  ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME
( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME

**Description:**
| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☑ 5'-5'3" | ☑ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☑ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me,
A notary public, this 5th day of August, 2022

_[signature]_
Notary Public

**OFFICIAL SEAL**
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I __Andrew Raphael__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Illinois State Board of Elections__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☐ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) __Marni Malowitz, Authorized to accept__

at ☐ Home

☐ Business __69 W. Washington, Chicago, IL__

☐ on (DATE) __August 5, 2022__ at (TIME) __1:17 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, Marni Malowitz, Authorized to accept
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address  ☐ Evading  ☐ Other: _____
- ☐ Address does not exist  ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ____ ,( ) ____ ,( ) ____
DATE TIME  DATE TIME  DATE TIME
( ) ____ ,( ) ____ ,( ) ____
DATE TIME  DATE TIME  DATE TIME

**Description:**
- ☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
- ☒ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☒ 5'-5'3"  ☒ 100-130 Lbs.
- ☐ Brown Skin  ☒ Blond Hair  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
- ☐ Glasses  ☐ Yellow Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'  ☐ 161-200 Lbs.
- ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 5th day of August, 2022

_____
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **William J. Cadigan**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**

at ☐ Home
☒ Business **69 W. Washington, Chicago, IL**
☒ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Marni Malowitz, Authorized to accept**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address ☐ Evading ☐ Other: _____
- ☐ Address does not exist ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) DATE TIME ,( ) DATE TIME ,( ) DATE TIME
( ) ,( ) DATE TIME DATE TIME DATE TIME

**Description:**
- ☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
- ☒ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'-5'3" ☒ 100-130 Lbs.
- ☐ Brown Skin ☒ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
- ☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
- ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public this 5th day of August, 2022

_____
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Tonya L. Genovese**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage
☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**

at ☐ Home
☒ Business **69 W. Washington, Chicago, IL**
☒ on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Marni Malowitz, Authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME ,( ) _____ DATE TIME ,( ) _____ DATE TIME
( ) _____ DATE TIME ,( ) _____ DATE TIME ,( ) _____ DATE TIME

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'-5'3" ☒ 100-130 Lbs.
☐ Brown Skin ☒ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 5th day of August, 2022

_Bethzaida_ (signature)
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Laura K. Donahue**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage
☑ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Marni Malowitz, Authorized to accept**
at ☐ Home
☑ Business **69 W. Washington, Chicago, IL**
on (DATE) **August 5, 2022** at (TIME) **1:17 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Marni Malowitz, Authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE ___ TIME ,( ) ___ DATE ___ TIME ,( ) ___ DATE ___ TIME
( ) ___ DATE ___ TIME ,( ) ___ DATE ___ TIME ,( ) ___ DATE ___ TIME

**Description:**
- ☐ Male ☑ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
- ☑ Female ☐ Black Skin ☑ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☑ 5'-5'3" ☑ 100-130 Lbs.
- ☐ Brown Skin ☑ Blond Hair ☑ 36-50 Yrs. ☑ 5'4"-5'8" ☐ 131-160 Lbs.
- ☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
- ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public this 5th day of August, 2022

_Beth [signature]_
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

| John Matthew Chancey, et al. | vs | The Illinois State Board, et al. | 1 22 cv 4043 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Illinois Attorney General**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Complaint

by serving (NAME) **Lauren Jones, Authorized to accept**

at ☐ Home
☒ Business **100 W. Randolph, Chicago, IL**
☒ on (DATE) **August 5, 2022** at (TIME) **1:31 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Lauren Jones, Authorized to accept**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address   ☐ Evading   ☐ Other: _____
- ☐ Address does not exist   ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
- ☐ Male  ☒ Female  ☐ Glasses
- ☐ White Skin  ☒ Black Skin  ☐ Brown Skin  ☐ Yellow Skin  ☐ Red Skin
- ☒ Black Hair  ☐ Brown Hair  ☐ Blond Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☒ 36-50 Yrs.  ☐ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☒ 5'-5'3"  ☐ 5'4"-5'8"  ☐ 5'9"-6'  ☐ Over 6'
- ☐ Under 100 Lbs.  ☒ 100-130 Lbs.  ☐ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me,
A notary public, this 5th day of August, 2022

_Notary Public_ [signature]

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS