UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Matthew Chancey, et al.

                      Plaintiff,

v.                                           Case No.: 1:22−cv−04043
                                              Honorable John J. Tharp Jr.

Illinois State Board of Elections, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 6, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties' agreed motion to dismiss the Illinois State Board of Elections and excuse the Board Member defendants from filing an answer and from further active participation in the case [15] is granted. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), defendant Illinois State Board of Elections is dismissed from this case. The Board Member defendants are excused from filing an answer or otherwise actively participating in the case, but they will remain as defendants in the case and subject to the requirements of discovery and any orders or judgments entered by the Court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.