# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Matthew Chancey, et al.

Plaintiff,

v.

Case No.: 1:22–cv–04043
Honorable John J. Tharp Jr.

Illinois State Board of Elections, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 7, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court has reviewed the parties' joint initial status report [17]. As proposed by the parties, Rule 26(a)(1) disclosures are due 9/16/22. The Court will enter the remaining case schedule after ruling on defendant Raoul's motion to dismiss [11], which remains under advisement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.