IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MATTHEW CHANCEY, FAIR COURTS AMERICA, and RESTORATION PAC<br><br>Plaintiffs,<br><br>v.<br><br>IAN LINNABARY, *in his official capacity as Chair of the Illinois State Board of Elections*; CASANDRA B. WATSON, WILLIAM J. CADIGAN, LAURA K. DONAHUE, TONYA L. GENOVESE, CATHERINE S. MCCRORY; WILLIAM M. MCGUFFAGE, *and* RICK S. TERVEN, SR., *in their official capacities as members of the Illinois State Board of Elections*; KWAME RAOUL, *in his official capacity as Illinois Attorney General*,<br><br>Defendants. | Case No. 22-04043<br><br>Judge John J. Tharp, Jr.<br><br>**Order Granting Plaintiffs' Motion for Permanent Injunction** |

# ORDER

Plaintiffs John Matthew Chancey, Fair Courts America, and Restoration PAC have moved this Court to permanently enjoin the enforcement of two provisions of the Illinois Election Code: 1) a provision prohibiting contributions to judicial candidates by "out-of-state person[s]," 10 ILCS 5/9-8.5(b-5)(1)(B), and 2) a provision capping contributions to independent expenditure committees supporting judicial candidates at $500,000, 10 ILCS 5/9-8.5(b-5)(1.2). This Court previously ruled that Plaintiffs had a likelihood of success on the merits of those claims and preliminarily enjoined enforcement of these statutory provisions. Dkt. 21. Defendants have not appealed that ruling and do not oppose the entry of this injunction. It is therefore HEREBY ORDERED:

1. Defendants Illinois State Board of Elections members Ian Linnabary, Casandra B. Watson, William J. Cadigan, Laura K. Donahue, Tonya L. Genovese, Catherine S. McCrory; William M. McGuffage, and Rick S. Terven, Sr., and Defendant Kwame Raoul, Attorney General of Illinois, are ENJOINED from enforcing 10 ILCS 5/9-8.5(b-5)(1)(B)'s prohibition on donations from out-of-state persons to judicial candidates.

2. Defendants Illinois State Board of Elections members, Ian Linnabary, Casandra B. Watson, William J. Cadigan, Laura K. Donahue, Tonya L. Genovese, Catherine S. McCrory; William M. McGuffage, and Rick S. Terven, Sr., and Defendant Kwame Raoul, Attorney General of Illinois, are ENJOINED from

enforcing 10 ILCS 5/9-8.5(b-5)(1.2)'s prohibition on donations to independent expenditure groups supporting judicial candidates in excess of $500,000.

    3.    This matter is dismissed with prejudice, with each side to bear its own fees and costs.

Dated: May 18, 2023

                                        John J. Tharp, Jr.
                                        United States District Judge